# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                **CRIMINAL ACTION NUMBER 3:09CR-153-03-S**

**OSWALDO GUARDA-MONDRAGON**                                     **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1,3,4 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **July 27, 2010 at 10:00 a.m.** , before the Honorable Charles R. Simpson III, Judge United States District Court.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record